UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 1:23-CR-65 |
| | ) | |
| v. | ) | District Judge Curtis L. Collier |
| | ) | |
| MASON SHELTON | ) | |

### O R D E R

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation (Doc. 45) recommending that the Court: (1) grant Defendant's motion to withdraw his not-guilty plea to Counts One and Three of the four-count Indictment; (2) accept Defendant's guilty plea to Counts One and Three of the four-count Indictment; (3) adjudicate Defendant guilty of Count One: conspiracy to distribute and posses with intent to distribute 50 kilograms or more of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 846; (4) adjudicate Defendant guilty of Count Three: conspiracy to commit money laundering in violation of 18 U.S.C. §§ 1956(a)(1)(A)(i), 1956(a)(1)(B)(i), and 1956(h); and (5) order that Defendant remain out of custody subject to the Order Setting Conditions of Release (Doc. 11) pending sentencing or further Order of this Court.

After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 45) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not-guilty plea to Counts One and Three of the four-count Indictment is **GRANTED**;

2. Defendant's plea of guilty to Counts One and Three of the four-count Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of Count One: conspiracy to distribute and possess with intent to distribute 50 kilograms or more of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 846;

4. Defendant is hereby **ADJUDGED** guilty of Count Three: conspiracy to commit money laundering in violation of 18 U.S.C. §§ 1956(a)(1)(A)(i), 1956(a)(1)(B)(i), and 1956(h); and

5. Defendant **SHALL REMAIN** out of custody subject to the Order Setting Conditions of Release (Doc. 11) until further Order of this Court or sentencing in this matter which is scheduled to take place before the undersigned on **August 7, 2024, at 2:00 p.m**.

6. The Court will **DEFER** acceptance or rejection of the Plea Agreement until the date set for sentencing.

**SO ORDERED.**

**ENTER:**

/s/  
**CURTIS L. COLLIER**  
**UNITED STATES DISTRICT JUDGE**